EX Parte GEORGE L WILLIAMS Jr        49,062-03,04,05
    NOS. W 49.062-03/W 49 062-04
MATTER: LETTER OF INQUIRY

        Could You PLease GIVE Some RELIEF
INFORMATION ON MY WRIT OF MANDAMUS FILED,
RECEIVED AND PRESENTED TO THE COURT OF
CRIMINAL APPeaLs ON 9/2/2015. WHaT IS MY
CURRENT STATUS. ALSO ITS TO MY UNDERSTANDING
THROUGH TWO LEGAL Documents THAT Your
OFFICE Has FORWARD TO DaLLas COUNTY 291st
COURT ROOM TO COMPLY WITH AN ORDER
IMPOSED, See EXHIBIT A/B.
        YET DaLLas COUNTY 291st COURT ROOM
Has IGNORED BOTH WRITTEN ORDERS AND Has
NOT FILED AN EXTENTION FROM YOUR COURT,
NOR Has SUBMITTED ANY DOCUMENTATION, IT
APPEARS THAT DaLLas COUNTY 291st COURT ROOM
Has EXHAUSTED 225 DAYS IN DEFAULT. AND IS
INTENTIONALLY OBSTRUCTING JUSTICE AND
DISPLAYING a TOTAL DISRESPECT OF HIGHER
AUTHORITY.
        I HUMBLY ASK THE COURT OF CRIMINAL
APPeal TO ENFORCE YOUR ORDER.
                    THANK YOU, GEORGE WILLIAMS
RECEIVED IN
COURT OF CRIMINAL APPEALS

DEC 23 2015

Abel Acosta, Clerk
                        #1745723
            DATE. 12-21-2015

EXHIBIT A



# IN THE COURT OF CRIMINAL APPEALS
# OF TEXAS

## NOS. WR-49,062-03; WR-49,062-04

## EX PARTE GEORGE L. WILLIAMS, Applicant

## ON APPLICATIONS FOR WRITS OF HABEAS CORPUS
## CAUSE NOS. W08-62218-U(A); W10-00781-U(A)
## IN THE 291ST DISTRICT COURT FROM DALLAS COUNTY

*Per curiam.*

### ORDER

Pursuant to the provisions of Article 11.07 of the Texas Code of Criminal Procedure, the clerk of the trial court transmitted to this Court these applications for writs of habeas corpus. *Ex parte Young*, 418 S.W.2d 824, 826 (Tex. Crim. App. 1967). Applicant was convicted of the offense of compelling prostitution of a child less than 17 years of age in two cause numbers and sentenced to imprisonment for life in one cause and twenty years' imprisonment in the other cause. The Fifth Court of Appeals affirmed his convictions. *Williams v. State*, 05-11-01729-CR; 05-12-00007-CR (Tex. App.—Dallas Aug. 2, 2013, *pet. ref'd*)(not designated for publication).



**SHARON KELLER**
PRESIDING JUDGE

**LAWRENCE E. MEYERS**
**CHERYL JOHNSON**
**MIKE KEASLER**
**BARBARA P. HERVEY**
**ELSA ALCALA**
**BERT RICHARDSON**
**KEVIN P. YEARY**
**DAVID NEWELL**
   JUDGES

# COURT OF CRIMINAL APPEALS
P.O. BOX 12308, CAPITOL STATION
AUSTIN, TEXAS 78711

**ABEL ACOSTA**
CLERK
(512) 463-1551

**SIAN SCHILHAB**
GENERAL COUNSEL
(512) 463-1597

November 10, 2015

Presiding Judge 291st District Court
133 N. Riverfront Boulevard
Lock Box 34
Dallas, TX 75207
* DELIVERED VIA E-MAIL *

**Re:** WILLIAMS, GEORGE
**CCA No.** WR-49,062-03
**Trial Court Case No.** W08-62218-U (A)

Dear Judge:

This cause was remanded to your court on April 29, 2015, for determination of additional facts. A copy of the remand order is available on our website under the above- referenced writ number. The remand order required that a supplemental record including the findings of fact or a motion for extension of time be received by this Court by August 27, 2015.

To date neither has been received.

Please have your clerk immediately forward to this Court the supplemental records in this cause.

Sincerely,

Abel Acosta, Clerk

cc:    District Attorney Dallas County (DELIVERED VIA E-MAIL)
District Clerk Dallas County (DELIVERED VIA E-MAIL)
George Williams